UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KELCEY ROSWELL THORPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| MARCUS BARROW, Chief of Police; ) | No. 5:15-CV-511-FL |
| SGT. GWYNN, Police Officer, now Lt. ) | |
| Glenn; MELISSA D. PELFRY, District ) | |
| Attorney; JEFFREY MACIALEK, ) | |
| Police Offier; MICHAEL WATERS, ) | |
| Head District Attorney; and D.A. ) | |
| ELLIOT, Police Officer, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's text order entered September 30, 2016, and for the reasons set forth more specifically therein, that this case is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on September 30, 2016, and Copies To:**
Kelcey Roswell Thorpe (via U.S. Mail) Vance County Jail, PO Box 1942, Henderson, NC 27536


September 30, 2016             JULIE RICHARDS JOHNSTON, CLERK
                                /s/ Christa N. Baker
                               (By) Christa N. Baker, Deputy Clerk